**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Enrico Salazar SANCHEZ, a/k/a Juan Sanchez, a/k/a Carlos Pun,**
**Defendant–Appellant.**

No. 02–7303.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 3, 2002.

Enrico Salazar Sanchez, Appellant Pro Se. Ranganath Manthripragada, Assistant

United States Attorney, Gina Laurie Simms, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Enrico Salazar Sanchez appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Sanchez*, No. CA–00–36–DKC (D. Md. filed Aug. 19, 2002; entered Aug. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*